UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY LUNDQUIST et al, | CASE NO. C20-1644 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SEATTLE SCHOOL DISTRICT NO. 1 et al, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Having received Defendants' Motion to Dismiss for Failure to State a Claim (Dkt. No. 11) and Plaintiffs' Motion to Remand (Dkt. No. 15), and finding that the Court cannot consider Defendants' Motion to Dismiss until the issue of the Court's jurisdiction is resolved, the Court hereby re-notes Defendants' Motion to Dismiss for **January 4, 2021**, to be considered after the briefing on the Motion to Remand is complete.

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed December 30, 2020.

William M. McCool
Clerk of Court

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2